Commonwealth *v.* Jones, Appellant.

712

Submitted April 10, 1967. *Donald L. Jones,* appellant, in propria persona; *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order affirmed.